IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JEREMIAH JACKSON, | * |
| Plaintiff, | * |
| v. | Case No. 7:20-CV-117(WLS) |
| | * |
| ASHLEY TRAWICK, | |
| | * |
| Defendant. | |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated February 22, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 22nd day of February, 2022.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk